IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JACOB RYAN BLACK, | |
| Movant, | CIVIL ACTION NO.: 2:16-cv-101 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 2:14-cr-2) |
| Respondent. | |

**O R D E R**

Respondent has filed a Response to the Court's Order to answer or move to dismiss Movant's 28 U.S.C. § 2255 action. (Doc. 2.) Respondent argues that the Court should deny Movant's Section 2255 Motion because Movant is not entitled to sentencing relief under the United States Supreme Court's decision in Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (June 26, 2015), as Movant contends. (Doc. 5.) Movant has yet to file a Reply or any other pleading with the Court that responds to Respondent's argument. In fact, Movant has not filed any pleading whatsoever in this case since July 20, 2016.

Given that Respondent essentially moves to dismiss Movant's case, the Court wishes to hear from Movant before ruling on this matter. Therefore, the Court hereby **ORDERS** Movant to reply to the Response or to otherwise inform the Court of his decision not to object to Respondent's request for dismissal within **fourteen (14) days** of the date of this Order. Movant must specifically address Respondent's arguments for dismissal. If Movant does not specifically reply to Respondent's pleading within fourteen (14) days, the Court will determine that there is

no opposition to the request for the dismissal, and the Court will dismiss this case for failure to prosecute and failure to follow a Court Order.

**SO ORDERED**, this 26th day of January, 2018.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA